UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANG ANH CHUONG,

                Petitioner,

   v.

PATRICK GLEBE,

                Respondent.

No. C09-5533 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #15], and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's writ of habeas corpus (Dkt. 3) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**; and

(3) For the reasons set forth in the Report and Recommendation the Court declines to issue a certificate of appealability because the Petitioner has failed to make "a substantial showing of the denial of a constitutional right". 28 U.S.C. § 2252(c)(2).

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

DATED this 25th day of February, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1