# United States District Court

WESTERN DISTRICT OF WASHINGTON

SANG ANH CHUONG

JUDGMENT IN A CIVIL CASE

v.

PATRICK GLEBE

CASE NUMBER: C09-5533 RBL/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's writ of habeas corpus (Dkt. 3) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**; and

(3) For the reasons set forth in the Report and Recommendation the Court declines to issue a certificate of appealability because the Petitioner has failed to make "a substantial showing of the denial of a constitutional right". 28 U.S.C. § 2252(c)(2).

| February 26, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk